# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA RICKETTS, as Parent and Natural Guardian of DAC, a minor.<br><br>Plaintiff,<br><br>vs.<br><br>ROBLOX CORPORATION, EPIC GAMES, INC., MICROSOFT CORPORATION, MOJANG AB., and JOHN DOES 1-50<br><br>Defendants. | Case No.: 2:25-cv-03577-KBH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Lisa Ricketts, as Parent and Natural Guardian of DAC, a minor, through her designated counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants Roblox Corporation, Epic Games, Inc., Microsoft Corporation, and Mojang AB.

DATED: August 6, 2025

Respectfully Submitted,

By: */s/ James D. Barger*
James D. Barger (SBN 310056)
**AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, Florida 32502
Phone: (850) 202-1010
Fax: (850) 916-7449
Email: vgalitigation@awkolaw.com

*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2025, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

*/s/ James D. Barger*
James D. Barger, Esq.